PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Merle Croney</u>　　　　　　Case Number: <u>2:04-00011-01</u>

Name of Judicial Officer: <u>The Honorable Robert L. Echols, U.S. District Judge</u>

Date of Original Sentence: <u>December 3, 2005</u>

Original Offense: <u>21 U.S.C. § 843(a)(6), Possession of Equipment and Materials to Manufacture Methamphetamine</u>

Original Sentence: <u>120 months custody, followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>　　　Date Supervision Commenced: <u>January 2, 2012</u>

Assistant U.S. Attorney: <u>To be determined</u>　　　Defense Attorney: <u>R. David Baker</u>

---

THE COURT ORDERS:

☑ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>2nd</u> day of <u>Sept.</u>, 2013, and made a part of the records in the above case.

~~To be Determined~~
U. S. District Judge **SHARP**

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Lisa A. Capps
Sr. U.S. Probation Officer

Place　<u>Columbia, Tennessee</u>

Date　<u>August 28, 2013</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **Shall not commit another federal, state, or local crime:**

   On July 13, 2013, in Putnam County, Tennessee, Mr. Croney was arrested for public intoxication by the Cookeville Police Department (Complaint Number 2626-13). According to the Complaint, Officer Darrin Stout, responded to a disturbance call involving a firearm at 2030 Freehill Road, Cookeville, Tennessee. Upon arrival, Officer Stout observed the offender in a heated, loud, argument with a family member on the outside of the residence. Mr. Croney was determined to be a danger to himself and others. Mr. Croney paid a fine of $256.00 on July 13, 2013.

2. **Shall not commit another federal, state, or local crime:**

   On August 12, 2013, in Putnam County, Tennessee, Mr. Croney was arrested for Violation of an Order of Protection by the Putnam County Sheriff's Department (Complaint Number 2977-13). According to the Complaint, on August 9, 2013, Mr. Croney approached Autumn Hawkins (the victim), while she was sitting in her vehicle at her storage place. Mr. Croney attempted to get Ms. Hawkins to roll down the window and talk to him. According to Ms. Hawkins, Mr. Croney had been driving by her home at least two or three times per day, when there are several other roads for him to travel to get to his residence. Mr. Croney's mother had called Ms. Hawkins and attempted to explain to her why Mr. Croney was at the same place she was, when he knew there was an Order of Protection in place. Mr. Croney is out on a $2,500.00 bond and a court date has been scheduled for September 4, 2013.

3. **Shall participate in a program of substance abuse testing and counseling as directed:**

   On May 8, 2013, Mr. Croney failed to report for a random urine screen.


**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Croney's term of supervised release began on March 8, 2013. Mr. Croney is in Phase 7 of the U.S. Probation Office's Code-a-Phone drug testing program. Since the beginning of his supervision, he has submitted eight urine screens, all of which have been negative. Mr. Croney currently attends Tennessee Technical College, Crossville, Tennessee, where he is taking welding technology courses. He is also employed part-time with M&M Tree Service in Cookeville, Tennessee. He lives with his mother in Cookeville, Tennessee.

On July 16, 2013, this officer spoke with Mr. Croney who had called to advise there had been a family dispute at his sister's house on July 13, 2013. Mr. Croney reported that he and his mother had stopped by to drop off a birthday gift for his nephew. He waited in the car, but his brother came out and got into an argument with him. It turned into a shouting match and Mr. Croney's brother-in-law shot a gun into the air to stop the arguing. The police were called and Mr. Croney was arrested for public intoxication. He was verbally reprimanded by this officer and re-instructed as to his conditions of supervision, to include not committing any new federal, state, or local crimes.

On August 9, 2013, Mr. Croney contacted Supervisory U.S. Probation Officer (SUSPO) Burton Putman in this officer's absence. He advised SUSPO Putman that his brother and sister-in-law, Jerry and Autumn Hawkins, took out an Order of Protection against him because he admitted having an affair with Autumn while he was still in custody and on home confinement from October to December 2012. He stated the affair had caused a major division in the family. Mr. Croney reported that he and his girlfriend, Mona Carver, were looking for apartments to rent together, and that morning, had stopped by an apartment they were interested in. Mr. Croney stated he noticed a car sitting at the apartment and motioned for the driver to roll down the window so he could ask questions about the apartment. It turned out to be Autumn Hawkins. Mr. Croney advised that he immediately left the scene and drove to his mother's house, where he called an attorney because he was afraid he may have violated the Order of Protection unintentionally and would be arrested.

### U.S. Probation Officer Recommendation:

The probation officer respectfully recommends the offender be continued on supervised release. The state court has already imposed a fine regarding the public intoxication and will likely impose an appropriate sentence should Mr. Croney be adjudicated guilty of the charges in Case Number 2977-13.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer