PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Merle Croney    Case Number: 2:04-00011-01

Name of Judicial Officer:  The Honorable Kevin H. Sharp, U.S. District Judge

Date of Original Sentence: December 3, 2005

Original Offense: 21 U.S.C. § 843(a)(6), Possession of Equipment and Materials to Manufacture

Methamphetamine

Original Sentence: 120 months' custody, followed by 3 years' supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: January 2, 2012

Assistant U.S. Attorney: Jimmie Lynn Ramsaur    Defense Attorney: R. David Baker

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 5th day of December ,
2013, and made a part of the records in the above case.

Kevin H. Sharp
U. S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

Lisa A. Capps
Sr. U.S. Probation Officer

Place    Columbia, Tennessee

Date    December 4, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

**1.**          **Defendant shall refrain from any unlawful use of a controlled substance:**

On September 23, 2013, Mr. Croney submitted a urine sample at the U.S. Probation Office which tested positive for Benzodiazepines. Mr. Croney admitted taking Alprazolam to help him sleep; however, the prescription belonged to his mother and not him. He advised this officer that he had since seen his own doctor who had prescribed medication for him to help with sleep. The urine specimen was subsequently returned negative from Alere Laboratories, Gretna, Louisiana.

On October 10, 2013, this officer sent Mr. Croney a letter of reprimand regarding his use of another person's prescription medication. He was advised in the letter he is not to take any other person's medication at any time as it is a violation of law and his conditions of release.

## Compliance with Supervision Conditions and Prior Interventions:

Mr. Croney's term of supervised release began on March 8, 2013. Mr. Croney is in Phase 7 of the U.S. Probation Office's Code-a-Phone drug testing program. Since the beginning of his supervision, he has submitted 15 urine screens, all of which have been negative. Mr. Croney recently graduated from Tennessee Technical College, Crossville, Tennessee, where he obtained certification in welding technology. He is currently employed with M&M Tree Service in Cookeville, Tennessee. He lives with his girlfriend in Cookeville, Tennessee.

## U.S. Probation Officer Recommendation:

The probation officer respectfully recommends that no action be taken regarding this violation and the offender be continued on supervised release. The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
                 W. Burton Putman
                 Supervisory U.S. Probation Officer