UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:04-CR-00011 |
| | ) | Judge Sharp |
| MERLE DALE CRONEY | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and gives notice to the Court that Assistant United States Attorney (AUSA) Braden H. Boucek be substituted for AUSA Jimmie Lynn Ramsaur.

Respectfully submitted,

DAVID A. RIVERA
United States Attorney

By: *s/ Braden H. Boucek*
　　Braden H. Boucek
　　Assistant U. S. Attorney
　　110 9th Avenue South - Suite A-961
　　Nashville, Tennessee 37203-3870

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served, via the electronic case filing system, on the following this the 10th day of September, 2014 on the following:

R. David Baker
Federal Public Defender's Office
810 Broadway, Suite 200
Nashville, TN  37203

　　　　　　　*s/ Braden H. Boucek*
　　　　　　　Braden H. Boucek
　　　　　　　Assistant United States Attorney